In the Matter of the Estate of CARRIE AHRENS, Deceased. ETHEL M. AHRENS, as General Guardian of JEROME M. AHRENS, an Infant, Appellant and Respondent; MORTIMER REGENSBURG et al., as Executors and Trustees, Respondents and Appellants.

Submitted September 29, 1947; decided October 2, 1947.

*Ambrose V. McCall* for motion.
*James N. Vaughan* opposed.

Motions to dismiss appeals granted and appeals dismissed, without costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HURIEL VITOLO, Appellant.

Submitted September 29, 1947; decided October 2, 1947.

Motion by appellant for reargument denied. [See 297 N. Y. 575.]